IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:15-cv-00133-FL

| | | |
|---|---|---|
| ROSALYND A. JOHNSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING ATTORNEY |
| | ) | FEES UNDER THE EQUAL |
| CAROLYN W. COLVIN, | ) | ACCESS TO JUSTICE ACT |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,800.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Brian Ricci and mailed to his office at 2839 Charles Blvd., Greenville, NC 27858, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __17th__ day of November, 2016,

_____
LOUISE W. FLANAGAN
United States District Judge